*Date Of The Incident*
*6-25-19*
*N.S.P.*

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

*Osvaldo Correa-Martinez*

(Enter above the full name of the plaintiff in this action)

① N.S.P. ② 3rd shift C.O. John Doe,
③ 1st shift C.O. John Doe, 2nd shift C.
Toribio, ⑥ Dr. a. Perera, Dr.
Jane Doe-Shych, Dr. John Doe-Shych

(Enter the full name of the defendant or defendants in this action)

⑧ Sgt. Mccarter, Ms. Russell-Court-Line,
Ruquer's Health Care.
⑩

COMPLAINT

Civil Action No: _____

(To be supplied by the Clerk of the Court)

**RECEIVED**
APR - 9 2021
AT 8:30
WILLIAM T. WALSH
CLERK                M

INSTRUCTIONS; READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of $50.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6. If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7. If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

✓ 42 U.S.C. §1983 (applies to state prisoners)

___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b. Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

✓ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b.    Court and docket number:_____

c.    Grounds for dismissal: ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit:_____

e.    Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement?_____

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: _Osvaldo Correa-Martinez_

Address: 168 Frontage Rd., P.O. Box 2300, Newark N.J. 07114

Inmate#: S.B.I. #853511A, State #1202349

b.   First defendant:

Name: Northern State Prision

Official position: Place Of The Incident

Place of employment: Northern State Prision.

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

By Failture To Protect Me.

c.   Second defendant:

Name: John Doe-Officer-3rd shif

Official position: Correction Officer

Place of employment: Northern State Prision

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Fail To Call A Code 53 & 66.

d.   If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.     I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

    ✓ Yes      ___ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

I Ask Everybody For Help, Lt., Sgt.'s, Phych's, Therapys, Dr,s, Nurses & No body Help me. Plus I did & Grievence & A Inquire Complains.

If your answer is "No," briefly explain why administrative remedies were not exhausted.

6.     Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

① N.S.P.-Be It was what The Incident Happen. ② 3rd shift C.O Fail To Call A Code 53 & LG When My "Bunky" Told Him I was Unrespond. ③ He Olso Fail To Call A Code 53 & 66. ④ C.D. Toribio was The one who Call A Code 53 & 66. ⑤ Dr. Perera Fail To Protect me Not to Suicide ⑥ Dr. Jane Doe-She's The Boss Front M.H. In S.U. & She Fail To Protect Me. ⑦ Dr. John Doe-Indian Shych Dr. He was The one who Tell me That I did Not So pp oust To Had K.D.P. ⑧ Sgt. Macarter Did The Inverstigation. ⑨ Ms. Russe-II Front Court Line & Ruquers Health Care In The Insurance Company For Medical & Mental Health.

7.  Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want The Court To Help me To Get Justice Because I Almost Died I want To Suit Them For The Amount Of 15.700 Million $ For Negligent, Medical-Malpractice, & Pain & Sufferring.

--------------------------------------------
--------------------------------------------
--------------------------------------------
--------------------------------------------
--------------------------------------------
--------------------------------------------
--------------------------------------------
--------------------------------------------
--------------------------------------------

8.  Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _26_ day of _March_____, 202_1_.

_____

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

Failture To Call A Code 5.3 & 6.6

* Third Defendant 1rs shif C.O. John Doe,
Position - Correction Officer,
Place Of Employment - Northern State Prision.

* Fourth Defendant - 3rd shif C.O. Toribio,
Position - Correction Officer,
Place Of Employment - Northern State Prision,
He was The One Who Find Me Almost Dead
In My Cell.

* Fifth Defendant - Dra: Perera
Position - Head Doctor In Medical Dept.
Place Of Employment - Northern State Prision,
Failure To Protect Me.

* Sixth Defendant - Dra. Iane Doe - Phych,
Position - Head Shych In S.U.,
Place Of Employment - Northern State Prision,
She Fail To Protect Me Knowing The I
Try To Kill me Many Times Before.

* Seventh Defendant - Dr. John Doe,
Position - Phych Dr.,
Place Of Employment - Northern State Prision,
He was The One Who Told Me The I Don't "Soppus-
tu" Have K.O.P.s, Failure To Protect Me.

* Eighth Defendant - Sargent Macarter,
Position - Sargent,
Place Of Employment - Northern State Prision,
She was In Charge Of The Investigation.
          6-25-19          Ms. Russell
* Nineth Defendant - Court Line (Judge)
She was In Charge Of The Case. N.S.P.

* Tenth Defendant - Ruguers Health care,
Position - Insuring company,